ther consideration in light of *Bailey* v. *United States, ante,* p. 137.

No. 94–8811.  HAWTHORNE ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Motion of petitioners for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States, ante,* p. 137.

No. 94–8972.  ESTRADA *v.* UNITED STATES.  C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States, ante,* p. 137.

No. 94–9004.  BRAWNER *v.* UNITED STATES.  C. A. D. C. Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States, ante,* p. 137.

No. 94–9022.  MORTON *v.* UNITED STATES.  C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States, ante,* p. 137.

No. 94–9127.  ROBINSON *v.* UNITED STATES.  C. A. D. C. Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States, ante,* p. 137.

No. 94–9365.  OLSEN *v.* UNITED STATES.  C. A. 11th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States, ante,* p. 137.

No. 94–9648.  WILCOX *v.* UNITED STATES.  C. A. 8th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States, ante,* p. 137.